# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMMED ABUHARBA, #Y16719 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-01077-SMY |
| | ) |
| CHAPLAIN CLAYCOMB, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE AND ORDER

This case is before the Court for case management. Defendant Chaplain Claycomb was sent a request for Waiver of Service of Summons, which was returned executed (Doc. 14). His responsive pleading was due June 6, 2022 (*Id.*). To date, Defendant Claycomb has failed to move, answer, or otherwise plead in response to the Complaint.

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED.R.CIV.P. 55(a). Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Chaplain Claycomb in accordance with Federal Rule of Civil Procedure 55(a).

2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendant Claycomb.

**IT IS SO ORDERED.**

**DATED: July 22, 2022**  *s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**