IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MOHAMMED ABUHARBA, #Y16719,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) |
| **CHAPLAIN CLAYCOMB,** | ) |
| **CHIEF KEIM,** | ) |
| **FRANK E. LAWRENCE,** | ) |
| **ANTHONY WILLS,** | ) Case No. 3:21-cv-01077-SMY |
| **AMY BURLE,** | ) |
| **SHERRY BENTON,** | ) |
| **ROB JEFFREYS, and** | ) |
| **JOHN DOE 1,** *Mail Room Officer*, | ) |
| **JOHN DOE 2,** *Property Officer*, | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Mohammed Abuharba, an inmate of the Illinois Department of Corrections ("IDOC") currently incarcerated at Menard Correctional Center, filed the instant lawsuit pursuant to 42 U.S.C. § 1983 for alleged deprivations of his rights related to the observance of his religion in prison. Upon initial review under 28 U.S.C. § 1915A, the Court identified six valid claims against seven named defendants and one John Doe. (Doc. 8).

A scheduling order issued that included procedures for the identification of John Doe 1 by September 21, 2022. (Doc. 23). Before the deadline to identify John Doe 1 (September 13, 2022), Abuharba moved to amend his Complaint (Doc. 36) and submitted a proposed amended complaint. He then moved for additional steps to be taken to identify John Doe. (Doc. 37).[1] Abuharba has now moved for a preliminary injunction. (Doc. 40).

---

[1] A hearing on the motion was canceled due to a conflict with the Court's schedule and has yet to be reset (Doc. 39).

This matter is before the Court for review of the proposed amended complaint, consideration of the John Doe identification issue, and consideration of the motion for a preliminary injunction.

## The Amended Complaint

Abuharba seeks to add a single claim against John Doe 2, a property officer at Menard Correctional Center. He alleges that the property officer denied him a prayer sheet he ordered in December 2021, even though administrative policies allow this item or very similar items. He further alleges that the denial of a prayer sheet violated the Religious Land Use and Institutionalized Persons Act (RLUIPA). Abuharba's Amended Complaint is subject to review under 28 U.S.C. § 1915A.

The Court designated the following claims in the original Complaint:

Count 1:    First Amendment claim against John Doe Mailroom Officer, Frank Lawrence, Amy Burle, and Rob Jeffreys for substantially burdening Abuharba's practice of religion by denying him religious items he purchased for Ramadan 2019.

Count 2:    RLUIPA claim against Anthony Wills and Rob Jeffreys for substantially burdening Abuharba's practice of religion by denying him religious items he purchased for Ramadan 2019.

Count 3:    First Amendment claim against Frank Lawrence, Sherry Benton, and Rob Jeffreys for substantially burdening Abuharba's practice of religion by denying him and other Muslim inmates to congregate for worship and to break their fast for Ramadan 2019.

Count 4:    RLUIPA claim against Anthony Wills and Rob Jeffreys for substantially burdening Abuharba's practice of religion by denying him and other Muslim inmates to congregate for worship and to break their fast for Ramadan 2019.

Count 5:    First Amendment claim against Chaplain Claycomb, Chief Keim, Anthony Wills, Sherry Benton, and Rob Jeffreys for substantially burdening Abuharba's practice of religion by denying him proper Halal food to break his fast for Ramadan 2019.

Count 6:     RLUIPA claim against Anthony Wills and Rob Jeffreys for substantially burdening Abuharba's practice of religion by denying him proper Halal food to break his fast for Ramadan 2019.

Based on the allegations in the Amended Complaint, the Court designates the following additional claim:

Count 7:     First Amendment claim against John Doe 2, property officer, for denying Abuharba's prayer sheet in November or December of 2021.[2]

### Identification of John Does 1 & 2

Abuharba was previously provided with a period of limited discovery to identify John Doe 1, and currently has a motion pending before the Court regarding the same. As to John Doe 2, Plaintiff is directed to provide the Defendants with any identifying information he has by January 9, 2023, the Defendants shall respond with relevant documents by January 23, 2023. Plaintiff shall move to substitute John Doe 2 by February 6, 2023.

Warden Wills (via the Illinois Attorney General), in his official capacity, shall respond to discovery aimed at identifying the unknown defendant. If the Attorney General's Office fails to comply with the steps set out above to identify the John Does in this case, they could be subject to a show cause order or other penalties for non-compliance.

### Motion for a Preliminary Injunction

Abuharba has also filed a motion for a preliminary injunction wherein he seeks injunctive relief that appears related to the underlying claims. Specifically, he seeks: 1) an order that defendants allow Muslim prisoners to purchase miswaks and roll-on perfumes; 2) an order that

---

[2] Abuharba alleges that John Doe 2's conduct violates the RLUIPA. However, the RLUIPA does not permit a cause of action against individual state employees, it only provides relief against governmental bodies. *Vinning-El v. Evans*, 657 F.3d 591, 592 (7th Cir. 2011). Therefore, Abuharba may proceed on a RLUIPA claim against John Doe 2.

3

Muslim prisoners be allowed to congregate for worship and breaking fast during Ramadan, and Eid al-fitr; and 3) an order allowing Muslim prisoners to buy commercially packaged Halal foods from outside vendors for Ramadan and Eid al-fitr; and an order allowing him to purchase an Islamic prayer sheet. (Doc. 40). Defendants have responded. (Doc. 41). The motion will be set for a hearing by separate order.

## Disposition

Plaintiff's Motion to Amend (Doc. 36) is **GRANTED**; Count 7 will proceed against John Doe 2. The Clerk of Court is **DIRECTED** to docket the proposed amended complaint. All previously identified counts will proceed. The parties are **DIRECTED** to engage in the limited discovery set forth above.

**IT IS SO ORDERED.**

**DATED:** December 9, 2022

*s/ Staci M. Yandle*
STACI M. YANDLE
United States District Judge